IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CASTELLANO, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 15 CV 9106 |
| v. ) | JUDGE SHAH |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES PLAINTIFF, MICHAEL CASTELLANO, by and through his attorneys, NEWLAND & NEWLAND, LLP, pursuant to Federal Rule of Civil Procedure 41 (a) and files his Notice of Voluntary Dismissal. In support, Plaintiff states as follows:

1. Plaintiff filed his Complaint on October 14, 2015 with this Honorable Court.

2. As of the date of this Notice of Dismissal, the Opposing Party has not served an answer, motion for summary judgment or a motion for judgment on the administrative record.

WHEREFORE, pursuant to FRCP 41 (a)(1)(A), Plaintiff voluntarily dismisses his case.

Respectfully Submitted,
MICHAEL CASTELLANO, Plaintiff

By: /s/Gary Newland
One of his attorneys

Gary A. Newland
NEWLAND & NEWLAND, LLP
121 S. Wilke, #301
Arlington Heights, IL 60005
847-797-8000 (P)
847-797-9090 (F)
ARDC# 6217146
gary@newlandlaw.com

1